STELLA MANN v. ISADORE SPIEGEL.

November 7, 1984.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF HERBERT
HERSH, DECEASED.

November 7, 1984.

Petition for certification denied.   (See 195 *N.J.Super.* 74)

STATE OF NEW JERSEY v. MICHAEL PARKER.

November 7, 1984.

Petition for certification denied.

NANCY KOGOS v. RONALD R. KOGOS.

November 7, 1984.

Petition for certification denied.